1  BARRY J. PORTMAN
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ZUNIGA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR 11-00544 HRL |
| Plaintiff, | STIPULATION TO CONTINUE AND PROPOSED ORDER |
| vs. | |
| CARLOS ZUNIGA, | |
| Defendant. | |

**STIPULATION**

The parties, Carlos Zuniga and the government, acting through their respective counsel, hereby stipulate, subject to the Court's approval, that the preliminary hearing and or arraignment date currently set for September 1, 2011, be vacated and continued to September 8, 2011, at 9:30 a.m. On August 17, 2011, the government filed a misdemeanor information in this matter, obviating the need to hold a preliminary hearing on September 1, 2011, and therefore the parties request the matter be continued to September 8, 2011, and set for an arraignment on the misdemeanor information.

IT IS SO STIPULATED.

//

Dated: August 23, 2011

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: August 23, 2011                _____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

[~~PROPOSED~~] **ORDER**

GOOD CAUSE APPEARING, and upon stipulation of the parties, IT IS HEREBY ORDERED that the preliminary hearing and or arraignment date currently set in this matter for September 1, 2011, is hereby vacated and the matter is continued to September 8, 2011, at 9:30 a.m., for an arraignment on the misdemeanor information.

IT IS SO ORDERED.

Dated: 8/25/2011

_____
THE HONORABLE PAUL S. GREWAL
United States Magistrate Judge