1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CABN 209013)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, CA 95113
       Telephone: (408) 535-5061
7      Fax: (408) 535-5066
       E-Mail: Susan.Knight@usdoj.gov
8

9  Attorneys for the United States of America

10

**FILED**

SEP 1 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14

15  UNITED STATES OF AMERICA,        )   No. CR 11-00544 HRL
                                     )
16         Plaintiff,                )   STIPULATION AND [PROPOSED]
                                     )   ORDER EXCLUDING TIME UNDER THE
17     v.                            )   SPEEDY TRIAL ACT
                                     )
18  CARLOS ZUNIGA,                   )
                                     )
19         Defendant.                )
                                     )
20  _____

21      The parties hereby request that the Court exclude time under the Speedy Trial Act in the

22  above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from September 8, 2011 to November

23  3, 2011. The parties agree that pretrial diversion is an appropriate disposition in this matter, and

24  the defendant has been referred to Pretrial Services for an intake evaluation. Pretrial Services

25  will evaluate the defendant and contact the parties if they accept him into a diversion program.

26  Accordingly, the parties request an exclusion of time in order to allow Pretrial Services to

27  //

28  //

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME
CR 11-00544 HRL

conduct their investigation. If the defendant is accepted, the Government will immediately notify the Court to vacate the hearing date on November 3, 2011.

SO STIPULATED.

                                    MELINDA HAAG
                                    United States Attorney

DATED: 9/9/11                       /s/
                                    SUSAN KNIGHT
                                    Assistant United States Attorney

DATED: 9/9/11                       /s/
                                    VARELL FULLER
                                    Assistant Federal Public Defender

## ORDER

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from September 8, 2011 to November 3, 2011 in order for the defendant to be evaluated by Pretrial Services for participation in a diversion program.

DATED: 9/12/11

                                    HOWARD R. LLOYD
                                    United States Magistrate Judge